**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7332**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MICHAEL DANIEL HAMMONDS,

Defendant - Appellant.

**No. 21-7333**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MICHAEL DANIEL HAMMONDS,

Defendant - Appellant.

Appeals from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., Senior District Judge.  (1:02-cr-00118-NCT-1; 1:02-cr-00119-NCT-1)

Submitted:  March 24, 2022

Decided:  March 28, 2022

Before MOTZ, WYNN, and RICHARDSON, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Michael Daniel Hammonds, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Michael Daniel Hammonds challenges the district court's orders denying his 18 U.S.C. § 3582(c)(1)(A) motions for compassionate release. We review a district court's denial of a motion for compassionate release for an abuse of discretion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.), *cert. denied*, 142 S. Ct. 383 (2021). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*